Matter of Mark M. v State of New York (2026 NY Slip Op 01685)

Matter of Mark M. v State of New York

2026 NY Slip Op 01685

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, SMITH, NOWAK, AND DELCONTE, JJ.

248 CA 25-00850

[*1]IN THE MATTER OF MARK M., PETITIONER-APPELLANT,
vSTATE OF NEW YORK, RESPONDENT-RESPONDENT. 

TODD G. MONAHAN, LITTLE FALLS, FOR PETITIONER-APPELLANT. 
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (RACHEL RAIMONDI OF COUNSEL), FOR RESPONDENT-RESPONDENT. 

 Appeal from an amended order of the Supreme Court, Oneida County (Rory A. McMahon, J.), entered November 15, 2024, in a proceeding pursuant to Mental Hygiene Law article 10. The amended order determined that petitioner is a dangerous sex offender requiring confinement to a secure treatment facility. 
It is hereby ORDERED that the amended order so appealed from is unanimously affirmed without costs.
Entered: March 20, 2026
Ann Dillon Flynn
Clerk of the Court